**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **Case No. 3:17cr61** |
| **CORY P. POPE, JR.,** | : | **JUDGE WALTER H. RICE** |
| **Defendant.** | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | **05/02/17** |
| Jury Trial Date | **Monday, 6/26/2017** |
| Final Pretrial Conference (by telephone) | **Monday, 6/19/2017 at 5:00 pm** |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | **Tuesday, 5/30/2017** |
|     Other Motions | **Tuesday, 6/6/2017** |
| Discovery Cut-off | **06/22/17** |
| Speedy Trial Deadline | **07/3/17** |
| Discovery out – Plaintiff to Defendant | **by close of business 5/3/2017** |

May 3, 2017

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE